**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jack Emerson Harsch, Jr. & Gail Ann Harsch |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 1754821 |

## Official Form 410S1
# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A

**Court claim no.** (if known): 4

**Date of payment change:**
Must be at least 21 days after date of this notice         12/01/2020

**New total payment:**
Principal, interest, and escrow, if any     $ 1303.67

**Last 4 digits** of any number you use to identify the debtor's account:  6 8 8 6

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____        New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium.

   Current mortgage payment: $ 1444.12        New mortgage payment: $ 1303.67

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Jeremy Anthony
Signature

Date 11/19/2020

Print: Anthony, Jeremy
First Name    Middle Name    Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number    Street
1000 Blue Gentian Road
Address 2
Eagan        MN    55121-7700
City        State    ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

Chapter 13 No. 1754821
Judge: John E. Hoffman Jr.

In re:

Jack Emerson Harsch, Jr. & Gail Ann Harsch

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 20, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Jack Emerson Harsch, Jr. & Gail Ann Harsch
450 Greenhill Drive

Groveport OH 43125-1499

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:   By Court's CM/ECF system registered email address

Mark Albert Herder

1031 East Broad Street

Columbus OH 43205

By Court's CM/ECF system registered email address

N/A

Trustee:   By Court's CM/ECF system registered email address

Faye D. English
Chapter 13 Trustee
10 West Broad Street Suite 1600

Columbus OH 43215-3419

/s/Jeremy Anthony

VP Loan Documentation

Wells Fargo Bank, N.A.